# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136220

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

　　　　　　　　　　　　　　　　　　SC: 136220
　　　　　　　　　　　　　　　　　　COA: 274237
　　　　　　　　　　　　　　　　　　Berrien CC: 06-403716-FH

EDDIE JOE ANDERSON IV,
　　　　Defendant-Appellant.

_____/

　　　　On order of the Court, the application for leave to appeal the February 21, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2008　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

d0903